**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FLETCHER ALLEN HEALTH CARE, INC.<br>111 Colchester Avenue<br>Burlington, Vermont 05401<br>Medicare Provider No. 47-0003 | ) ) ) ) ) ) | Civil Action No._____ |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MICHAEL O. LEAVITT, Secretary,<br>Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Defendant. | ) ) ) ) ) ) ) | |

<u>**LOCAL RULE 7.1 CERTIFICATE**</u>

I, the undersigned, counsel of record for the Plaintiff, certify that to the best of my knowledge and belief, the Plaintiff has no parents, affiliates or subsidiaries which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully Submitted,

_____
Leslie D. Alderman III (D.C. Bar No. 477750)
ALDERMAN & DEVORSETZ, PLLC
1025 Connecticut Avenue, NW Suite 1000
Washington, DC 20036
(202) 969-8220
(202) 969-8224 (facsimile)
Attorney of Record for the Plaintiff